*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



# MEMORANDUM OPINION

No. 04-08-00564-CR

## EX PARTE JESUS GONZALEZ MARTINEZ

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2008-CV6-000938-D1
Honorable Jose A. Lopez, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:  December 23, 2008

DISMISSED

      On December 11, 2008, appellant filed a motion to dismiss. The motion is **GRANTED**, and

the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

                                        PER CURIAM

DO NOT PUBLISH